Peter Markovina  #07394-068
Federal Correctional Institution
P.O. Box 1000
Loretto, PA  15940

United States District Court                          September 17, 2009
Western District of Pennsylvania
U.S. Post Office and Courthouse
700 Grant St. Room 3100
P.O. Box 1805
Pittsburg, PA  1805
Attn: Honorable William L. Standish

**RECEIVED**

SEP 2 2 2009

Re: <u>United States v. Peter Markovina</u>, CR 02-98 (W.L.S.)

CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Dear Judge,

    My name is Peter Markovina.  I came before you for sentencing on
December 18th, 2002, at the immature age of 20.  In my armed bank robbery case,
you saw fit to sentence me to the lowest possible range for both counts I was
charged with.  It is in rememberence of your leniency that I am writing to
you now.

    Many things have changed over the years of my incarceration.  Being
only 19 when I committed the crime and being 27 now, I have had ample time to
think, reflect, and grow mentally.  I have been able to see just how wrong
and detrimental my crime was, how many people it affected, and how much time
I robbed of myself.  It has given me a chance to make a choice to better myself
rather than become another statistic, cast by the wayside.  I have been working
very hard to better myself and prepare for my re introduction into society
as a productive citizen.  I kept my mind in shape by taking correspondence
courses through Penn State University.  I have received numerous certificates
representing my achievements in various self study courses as well as programs
and functions that I have attended.  I have received a Personal Trainer's license
through the International Fitness Professional Association.  I have been the
head clerk in the Education department for around four years, performing numerous
clerical and mechanical duties.  I have immersed myself in musical study as
well as kept my body in excellent physical shape.  I believe that the body
and mind work hand in hand when it comes to having a positive outlook on life.

    My son, who is almost seven years old now, was not even born yet
when I was incarcerated.  I have since developed a strong relationship with
him which involves cards, letters, telephone calls, and most importantly visits.
I also have maintained an excellent relationship with my family.  In fact I
would say that I am closer with them now more than ever before.  They all await
my return home with high hopes of success.  If you recall, my lawyer asked

you to recommend that I get sent to F.C.I. at Loretto, PA. which you graciously granted.  It was due to this close proximeny of incarceration that it was possible to maintain such good contact with all of my family and most importantly, my son.

Recently a new bill became law named The Second Chance Act which states, among many things, that inmates may be eligible for 12 months halfway house as opposed to six.  Within an amendment posted in the Federal Register, the BOP have stated that they implemented recommendations that insure that placements in Community Corrections, as a condition of pre-release custody: (1)are conducted in a manner consistent with 18 U.S.C. 3621(b), (2)determined on an individual basis, and (3)long enough "to provide the greatest likelihood of successful reintergration into the community."

18 U.S.C. 3621(b) lists 5 criteria that the BOP has adopted when making individual determinations.  I will only list the one that is pertinent to this letter.  It states, "Any statement by the sentencing court concerning the purpose for which the sentence was imposed or recommending a specific type of institution."

This did not exist when I came before you for sentencing, and therefore I am humbly requesting that you recommend me for 12 months halfway house so that I will have the best chance of success.  The nature of my crime, especially the violence involved, greatly limits my chances, and we are in the middle of a recession which only adds to my disadvantages.  I am only asking for a chance of success and your recommendation could greatly influence that.

I would request the court memo endorse this letter and return to my attention at the above address.


I thank you for your time.


Humbly and Respectfully submitted,                          Memo Endrosed:


Peter Markovina  #07394-068                    United States District Court
Federal Correctional Institution               Honorable William L. Standish
P.O. Box 1000
Loretto, PA 15940

C.C. AUSA Love