Prob 12
Rev 3/88

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

2009 DEC -3 AM 11:18
US DISTRICT COURT
CLERK
FILED

U.S.A. vs. Peter Markovina                                    Docket No. 02-00098-001

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Peter Markovina, who was placed on supervision by the Honorable William L. Standish sitting in the Court at Pittsburgh, Pennsylvania, on the 18th day of December 2002, who fixed the period of supervision at five years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall not illegally possess a controlled substance.
  Shall not possess a firearm or destructive device.
- Shall participate in a program of testing and, if necessary, treatment for substance abuse, as directed by the probation officer.
- Shall pay $7,074 restitution to the Parkvale Savings Bank, to be paid in full immediately.
- Shall pay a $200 special assessment, which shall be due forthwith.

12-18-02:   Armed Bank Robbery; Using, Carrying and Brandishing a Firearm During a Crime of Violence; 114 months' imprisonment, 5 years' supervised release.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports the following:

The defendant is currently incarcerated with the Bureau of Prisons and has requested relocation to the Northern District of California. He has executed a Probation Form 49, Waiver of Hearing to Modify Conditions of Supervised Release, on October 14, 2009, to include a special condition for residence in the Cornell Corrections Residential Reentry Center, immediately upon release from Bureau of Prisons' custody, for a period of up to six months.

PRAYING THAT THE COURT WILL ORDER that the term of supervision be modified to include a special condition requiring residence at a Residential Reentry Center until released by the program director and/or the probation officer, for a period not to exceed 180 days.

| ORDER OF COURT | Executed on | November 30, 2009 |
|---|---|---|
| Considered and ordered this _____ day of _____ , 20 ___ and ordered filed and made a part of the records in the above case. | | |
| | | Warren S. Johnston |
| | | U.S. Probation Officer |
| _____ | | |
| William L. Standish, United States District Judge | | John A. Poglinco |
| | | Supervising U.S. Probation Officer |
| | Place: | Johnstown, Pennsylvania |

NDC-PROB 49 CR/LR

# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF CALIFORNIA

Defendant Name: Peter Markovina
Docket No.: CR 02-00098-011

**Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term Of Supervision**

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel", I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall reside for a period of up to six months, to commence immediately following release from BOP custody, in Cornell Corrections Residential Reentry Center, and shall observe the rules of that facility. He is to reside at Cornell Corrections until he has a release plan that is approved by the United States Probation Officer. If a release plan is approved while he is at Cornell Corrections as a BOP inmate, he will be released to that residence and not spend additional time at Cornell Corrections Residential Reentry Center.

☐ *continued on next page*

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct and that this declaration was executed on the date indicated at:

Signed: _____  Date: 10/14/09
Probationer or Supervised Releasee

Witness: _____  Date: 10/14/09
Craig T. Swingchan, CSW