PROB 12
Rev 3/94

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

FILED
2009 DEC -3 AM 11:18
CLERK US DISTRICT COURT

U.S.A. vs. Peter Markovina                                    Docket No. 02-00098-001

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Peter Markovina, who was placed on supervision by the Honorable William L. Standish sitting in the Court at Pittsburgh, Pennsylvania, on the 18th day of December 2002, who fixed the period of supervision at five years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall not illegally possess a controlled substance.
  Shall not possess a firearm or destructive device.
- Shall participate in a program of testing and, if necessary, treatment for substance abuse, as directed by the probation officer.
- Shall pay $7,074 restitution to the Parkvale Savings Bank, to be paid in full immediately.
- Shall pay a $200 special assessment, which shall be due forthwith.

12-18-02:   Armed Bank Robbery; Using, Carrying and Brandishing a Firearm During a Crime of Violence; 114 months' imprisonment, 5 years' supervised release.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Your Petitioner reports the following:

The defendant is currently incarcerated with the Bureau of Prisons and has requested relocation to the Northern District of California. He has executed a Probation Form 49, Waiver of Hearing to Modify Conditions of Supervised Release, on October 14, 2009, to include a special condition for residence in the Cornell Corrections Residential Reentry Center, immediately upon release from Bureau of Prisons' custody, for a period of up to six months.

PRAYING THAT THE COURT WILL ORDER that the term of supervision be modified to include a special condition requiring residence at a Residential Reentry Center until released by the program director and/or the probation officer, for a period not to exceed 180 days.

| ORDER OF COURT | Executed on | November 30, 2009 |
|---|---|---|

Considered and ordered this  3rd  day of December, 20 09 and ordered filed and made a part of the records in the above case.

_William L. Standish_
William L. Standish, United States District Judge

_Warren S. Johnston_
Warren S. Johnston
U.S. Probation Officer

_John A. Poglinco_
John A. Poglinco
Supervising U.S. Probation Officer

Place:   Johnstown, Pennsylvania