| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 0315 2:02-00098-001 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Western District Of Pennsylvania | United States Probation Office |
| Peter Markovina<br>FCI-Loretto<br>P. O. Box 1000<br>Loretto, PA  15940 | NAME OF SENTENCING JUDGE | |
| | The Honorable William L. Standish | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM<br>12/27/2010 | TO<br>12/26/2015 |

**OFFENSE**

Armed Bank Robbery, 18 USC § 2113(d);
Using, Carrying and Brandishing a Firearm During a Crime of Violence, 18 USC § 924(c)(1)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

     IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Northern District Of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

*27 December 2009*
Date

*William L. Standish*
William L. Standish
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

     IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____
*Effective Date*

_____
*United States District Judge*